

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ROOSEVELT SMITH, JR.,

vs.

**ORDER RE: CERTIFICATE OF APPEALABILITY**

1:06-CV-00928 OWW LJO HC

MARTIN VEAL, Warden,

_____/

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

_____   Granted for the following reason:

_____

_____

_____

_____

   X     Denied for the following reason:
Successive habeas corpus petition filed without leave of court of appeal. Issues not debatable among jurists of reason.

Dated:  11-15-06

OLIVER W. WANGER
United States District Judge