IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROOSEVELT SMITH,<br><br>    Petitioner,<br><br>    vs.<br><br>ANTHONY P. KANE,<br><br>    Respondent.<br>_____/ | 1:06-CV-0928 OWW LJO HC<br><br>ORDER DISREGARDING APPLICATION TO APPOINT COUNSEL AS MOOT<br>(Document No. 16) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2254.

On October 17, 2006, petitioner filed a motion to appoint counsel. Due to the fact that judgment was entered in petitioner's case on October 11, 2006 and the case has been closed, IT IS HEREBY ORDERED THAT petitioner's motion to appoint counsel is DISREGARDED as moot.

IT IS SO ORDERED.

**Dated:   November 20, 2006**          /s/ Lawrence J. O'Neill
23ehd0                                              UNITED STATES MAGISTRATE JUDGE