UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROOSEVELT SMITH, JR., ) | 1:06-cv-0928 OWW LJO HC |
| ) Petitioner, ) | ORDER DENYING REQUEST FOR COUNSEL |
| v. ) | |
| MARTIN VEAL, WARDEN, ) | |
| ) Respondent. ) | |

This is a successive petition for habeas corpus, after denial of the petition on grounds that Petitioner failed to seek leave from the Circuit Court of Appeal to file a second or successive Petition.

Petitioner shows no unique facts that distinguish this case from the hundreds of cases pending before the Court in which Petitioners are without counsel. The Court lacks the authority to involuntarily order an attorney to represent Petitioner in his successive habeas corpus proceeding. *Mallard v. Iowa*, 490 U.S. 296, 301-308 (1989). This is not an extraordinary case warranting the appointment of counsel.

*///*

*///*

1

1  Petitioner's Motion for Appointment of Counsel for Indigent
2  Inmate is DENIED.
3
4  DATED:  November 27, 2006.
5
6                                        /s/ Oliver W. Wanger
                                     _____
7                                         Oliver W. Wanger
                                     UNITED STATES DISTRICT JUDGE